In re: Robert Lee Johnson applying for writs of habeas corpus and certiorari.

Writs refused. The application is now moot. (See attached certified copy of $25000.00 bond).

159 So.2d 699

**Clifford G. GLASS**

**v.**

**ALPHONSE MORTGAGE COMPANY, a partnership composed of/and A. Lester Sarpy, Mrs. Thelma A. Sarpy and Mrs. Sarah D. Hirschwitz.**

**No. 47043.**

**Jan. 20, 1964.**

In re: Alphonse Mortgage Company, a partnership composed of/and A. Lester Sarpy, Mrs. Thelma A. Sarpy and Mrs. Sarah D. Hirschwitz applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans, 157 So.2d 620.

Writ refused. On the facts found by the Court of Appeal, There is no error of law in its judgment. (See Phillips v. Gillaspie, 186 La. 45, 171 So. 567).

159 So.2d 699

**I. P. (Pat) COLLIER**

**v.**

**DEMOCRATIC EXECUTIVE COMMITTEE FOR the PARISH OF EAST BATON ROUGE et al.**

**No. 47096.**

**Jan. 27, 1964.**

In re: I. P. (Pat) Collier applying for writs of certiorari, prohibition and mandamus. 159 La.App. 786.

Granted.

HAMITER and HAMLIN, JJ., are of the opinion that the judgment of the Court of Appeal is correct.

SANDERS, J., is of the opinion that the judgment of the Court of Appeal approving a revote in the precinct is correct and in accordance with the principle of fairness in elections.